**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**   FILED IN OPEN COURT

DATE: 1/08/2021 @ 3:13 p.m.
TAPE: FTR
TIME IN COURT: 40 Minutes

| MAGISTRATE JUDGE | JOHN K. LARKINS III | COURTROOM DEPUTY CLERK: | Cynthia Mercado |
|---|---|---|---|
| CASE NUMBER: | 1:20-MJ-009 | DEFENDANT'S NAME: | Jorge Hugo Zavala-Lopez |
| AUSA: | Nicholas Hartigan | DEFENDANT'S ATTY: | Judy Fleming |
| USPO / PTR: | Steven Witherspoon | ( ) Retained   ( ) CJA   (X) FDP   ( ) Waived | |

| | ARREST DATE | | |
|---|---|---|---|
| X | Initial appearance hearing held. | X | Defendant informed of rights. |
| X | Interpreter, sworn: Alma Males | | |

## COUNSEL

| X | ORDER appointing Federal Defender as counsel for defendant. | |
|---|---|---|
| | ORDER appointing | as counsel for defendant. |
| | ORDER: defendant to pay attorney's fees as follows: | |

## REMOVAL HEARING

| X | Defendant WAIVES identity hearing. | X | WAIVER FILED |
|---|---|---|---|
| | Identity hearing HELD. | Defendant is named defendant in complaint / indictment. | |
| | Defendant WAIVES preliminary hearing in this district only. | | WAIVER FILED |
| | Preliminary hearing HELD. | Probable cause found. Defendant to answer to charges in other district. | |
| | Preliminary hearing set for | | |
| X | Commitment issued; defendant ORDERED held for removal to other district. | | |

## BOND/PRETRIAL DETENTION HEARING

| X | Government's motion for detention filed. | | @ | |
|---|---|---|---|---|
| | Detention hearing | @ | | (In charging district.) |
| X | Bond/Pretrial detention hearing HELD. | | | |
| X | Government motion for detention   (X) GRANTED   ( ) DENIED | | | |
| X | Pretrial detention ordered. | X | Written order to follow. | |
| | BOND set at | | NON-SURETY | SURETY |

|   |   | cash |   | property |   | corporate surety ONLY |   |
|---|---|---|---|---|---|---|---|
|   | SPECIAL CONDITIONS: |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |
|   | Bond filed.   Defendant released. |   |   |   |   |   |   |
| X | Bond not executed. Defendant to remain in Marshal's custody. |   |   |   |   |   |   |
|   | Motion |   | (verbal) | to reduce/revoke bond filed. |   |   |   |
|   | Motion to reduce/revoke bond |   |   | GRANTED |   | DENIED |   |

MINUTES: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendant's guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

EXHIBITS:

|   |   |   |   |
|---|---|---|---|
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
| Original Exhibits |   | RETAINED by the Court |   | RETURNED to counsel |   |